Index # 08 civ 5094
Purchased/Filed: June 3, 2008

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

State of New York                U. S. District Court                Southern Dist. County

George Stoner                                                                                   Plaintiff

against

The Master's Coach, Ltd. and David Barnhart, Sr.                         Defendant

STATE OF NEW YORK )  
COUNTY OF ALBANY ) SS  
CITY OF ALBANY          )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 yrs

Weight: 155 Lbs   Height: 5'5   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on   June 11, 2008  , at   9:15 am  , at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action & Complaint                                          on

The Master's Coach, Ltd.                                                , the

Defendant in this action, by delivering to and leaving with   Donna Christie  , AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of   40.00   dollars; That said service was made pursuant to Section   BUSINESS CORPORATION LAW §306 .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

11th day of June, 2008

NANCY L. GORDON  
NOTARY PUBLIC, State of New York  
No. 01GO4503730, Rensselaer County  
Commission Expires June 30, 2011

Robin Brandow

**Invoice-Work Order # 0811065**